

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00841-CV

**PILOT TRAVEL CENTERS LLC**,
Appellant

v.

Norma **GUTIERREZ**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV-000054-D1
The Honorable Joe Lopez, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  February 19, 2014

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have reached a settlement in the underlying cause. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM